THE PEOPLE OF THE STATE OF NEW YORK ex rel. MAN-
HATTAN AND QUEENS TRACTION CORPORATION, Appellant,
*v.* STATE BOARD OF TAX COMMISSIONERS, Respondent.
THE CITY OF NEW YORK, Intervening, Respondent.

*People ex rel. Manhattan & Queens Traction Co.* v. *State Board of Tax Comrs.*, 175 App. Div. 929, affirmed.

(Argued June 4, 1917; decided June 15, 1917.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 3, 1916, which affirmed an order of Special Term confirming the proceedings of the defendant in assessing a special franchise tax against the relator. The special franchise of the relator assessed by the state board of tax commissioners consisted of its franchise, right, authority or permission to construct, maintain and operate its street railroad in the various streets and highways in the borough of Queens, and also the tangible property, to wit, the railroad tracks and appurtenances situated in such streets and highways. The relator claimed that the assessment should be canceled upon the ground of illegality, and contended that the tangible property, to wit, the tracks, wires, etc., constructed, used and operated by it in connection with its special franchise and included in the assessment was, and at all times from the date of the construction of the tracks, had been the property of the city of New York and, therefore, exempt from taxation.

*Joseph Rowan* and *Henry J. Curtis* for appellant.

*Merton E. Lewis, Attorney-General* (*Leonard J. Obermeier* of counsel), for State Board of Tax Commissioners, respondent.

*Lamar Hardy, Corporation Counsel* (*William H. King* and *Addison B. Scoville* of counsel), for City of New York, respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CARDOZO, POUND, McLAUGHLIN and CRANE, JJ.